UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DILENIA PAGUADA, on behalf of herself and all others similarly situated,

                Plaintiffs,

    v.

WEAVER NUT COMPANY, INC.,

                Defendant.

**ORDER**

20 Civ. 8920 (ER)

RAMOS, D.J.

      On October 25, 2020, Dilenia Paguada brought this action against Weaver Nut Company, Inc. ("Defendant") for violation of the Americans with Disabilities Act and related claims. Doc. 1. Defendant was served on November 10, 2020, but has not yet appeared or responded to the complaint. Doc. 5.

    Paguada is therefore directed to submit a status report regarding the status of the case by **April 19, 2021**. Failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:  April 5, 2021
          New York, New York

                                                  Edgardo Ramos, U.S.D.J.