**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

# MEMO ENDORSED

<u>VIA ECF</u>  April 20, 2021

Hon. Judge Edgardo Ramos
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

> Plaintiff's request for an extension of time is granted. Plaintiff is directed to submit a status report regarding the status of the case by **May 20, 2021**.
>
> It is SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: 04/20/2021
> New York, New York

Re: Paguada v. Weaver Nut Company, Inc.; Case No: 1:20-cv-08920-ER

To the Honorable Judge Ramos,

 The undersigned represents Plaintiff Dilenia Paguada (hereinafter "Plaintiff") in the above-referenced matter.

 This Letter is submitted in response to the Court's April 5, 2021 Order directing Plaintiff to move for a default judgment or provide a status update by April 19, 2021.

 By way of background, this matter has been pending before the Court since October 25, 2020 and while Defendant was properly served (and Affidavit of Service filed on the docket), Defendant failed to appear or otherwise respond.

 Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court as to Weaver Nut Company, Inc. and will promptly be filing its Motion for a Default Judgement in accordance with the Court's Individual Rules.

 As such, Plaintiff is requesting 30 days in which to attempt to contact Defendant or in the alternative, move for Default Judgment.

 Thank you for the consideration of Plaintiff's request.

Yours sincerely,

/s/Mars Khaimov

Mars Khaimov, Esq., **Principal**
**Mars Khaimov Law, PLLC**